Opinion by FORD, J. In accordance with stipulation of counsel that the merchandise consists of monofilament fishing lines the same in all material respects as those the subject of Abstract 60183, the claim of the plaintiff was sustained.

**No. 62312.**—Ideal Mercantile Corp. and J. J. Gavin & Co., Inc. *v.* United States, protests 201896–K, etc. (New York).

Opinion by FORD, J. In accordance with stipulation of counsel that the merchandise consists of silk scarves or squares similar in all material respects to those the subject of *United States* v. *The Specialty House, Inc., Bryant & Heffernan, Inc., et al.* (42 C. C. P. A. 136, C. A. D. 585), the claim of the plaintiffs was sustained.

**No. 62313.**—Baar & Beards, Inc., et al. *v.* United States, protests 277227–K, etc. (New York).

Opinion by FORD, J. In accordance with stipulation of counsel that the merchandise consists of silk scarves or squares similar in all material respects to those the subject of *United States* v. *The Specialty House, Inc., Bryant & Heffernan, Inc., et al.* (42 C. C. P. A. 136, C. A. D. 585), the claim of the plaintiffs was sustained.

**No. 62314.**—Julien Giguet, Inc. *v.* United States, protest 319154–K (New York).

Opinion by FORD, J. In accordance with stipulation of counsel that the merchandise consists of silk veils or veilings similar in all material respects to those the subject of *Elvic Import Corp.* v. *United States* (38 Cust. Ct. 13, C. D. 1837), the claim of the plaintiff was sustained.

**No. 62315.**—Marian Mills *v.* United States, protests 252122–K, 258105–K, and 258281–K (New York).

Opinion by FORD, J. The protests were dismissed.